# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| DAVID JUNIOR SWEET, <br> ADC#145592 <br>     Petitioner, <br><br> vs. <br><br><br> RAY HOBBS, Director <br> Arkansas Department of Correction <br><br>     Respondent. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br><br> No. 5:11-cv-00207-JJV |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this <u>28th</u> day of June, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE