# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| DAVID JUNIOR SWEET, ADC#145592　　　Petitioner, | * * * * |
| vs. | * * No. 5:11-cv-00207-JJV * |
| RAY HOBBS, Director Arkansas Department of Correction | * * |
| 　　　Respondent. | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this <u>28th</u> day of June, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE